**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA JO PETERS, | Case No. EDCV 13-01164-VAP (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EMPLOYMENT DEVELOPMENT OF CALIFORNIA; MARRIOTT HOTEL COMPANY, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 2, 2013

VIRGINIA A. PHILLIPS
United States District Judge